# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-149-RLV-DCK

| | |
|---|---|
| LUTHER DEAN JACKSON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| ROCK-TENN CONVERTING COMPANY F/K/A ROCK-TENN COMPANY, ROCKTENN CP, LLC, ROCK-TENN FINANCIAL, INC., ROCK-TENN SERVICES, INC., ROCK-TENN SHARED SERVICES, LLC, ROCKTENN-SOUTHERN CONTAINER, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Larry L. Ross, filed a "Certification Of ADR Session" (Document No. 15) notifying the Court that the parties reached a settlement on April 28, 2015. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **June 1, 2015**.

Signed: May 11, 2015

David C. Keesler
United States Magistrate Judge